1 | **FLORESTYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email(s): ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendants Brookhaven, LLC and Raley's dba Raleys Supermarkets, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIM ZINK, individually,<br><br>    Plaintiff,<br><br>    v.<br><br>RALEY'S dba RALEYS SUPERMARKETS, INC., a Domestic Corporation; BROOKHAVEN LLC, a Foreign Limited-Liability Company; DOE EMPLOYEES I through XX; and ROE CORPORATIONS I through XX, inclusive,<br><br>    Defendants. | Case No. 3:24−cv−00489−MMD−CLB<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff KIM ZINK, an individual, by and through her counsel, Richard Harris Law Firm and Defendants BROOKHAVEN, LLC and RALEY'S dba RALEYS SUPERMARKETS, INC., by and through its counsel, TYSON & MENDES, LLP, that Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs.

| | |
|---|---|
| DATED this 30th day of December, 2025. | DATED this 30th day of December, 2025. |
| **RICHARD HARRIS LAW FIRM** | **TYSON & MENDES LLP** |
| /s/ *Johnathan Leavitt* | /s/ *Griffith Hayes* |
| JOHNATHAN LEAVITT<br>Nevada Bar No. 13172<br>801 South Fourth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | GRIFFITH H. HAYES<br>Nevada Bar No. 7374<br>2835 St. Rose Parkway, Suite 140<br>Henderson, Nevada 89052<br>*Attorneys for Defendants* |

1

**ORDER**

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed WITH PREJUDICE in its entirety, with all parties to bear their own attorney fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

**DATED** this 31st day of December, 2025.

**Kellene Fletcher**

| | |
|---|---|
| **From:** | Stefania Rota Scalabrini |
| **Sent:** | Monday, December 29, 2025 1:58 PM |
| **To:** | Kellene Fletcher |
| **Subject:** | FW: Kim Zink v Raleys Supermarkets  (24-4101) |
| **Attachments:** | SAO for Dismissal (A0272334xDBB43).DOCX |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Please file the SAO to dismiss. Griff would like to have it filed today. Thank you.



**Stefania Rota Scalabrini**
**Paralegal**

2835 St. Rose Pkwy., Suite 140
Henderson, Nevada 89052
**Main**: 702.724.2648
**Direct**: 725.605.4276
**Fax**: 702.410.7684
srotascalabrini@tysonmendes.com
www.tysonmendes.com

This email and any attachments are from the law firm of Tyson & Mendes, LLP.  This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law.  If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and attachments are prohibited.  If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information

**From:** Johnathan Leavitt <JLeavitt@richardharrislaw.com>
**Sent:** Monday, December 29, 2025 1:56 PM
**To:** Stefania Rota Scalabrini <SRotascalabrini@tysonmendes.com>
**Cc:** Lucia Sloan <lucia@richardharrislaw.com>; Griffith Hayes <ghayes@tysonmendes.com>
**Subject:** Re: Kim Zink v Raleys Supermarkets (24-4101)

You have my permission. Thank you.



**JOHNATHAN LEAVITT**
LAWYER - PARTNER
**DIRECT:** 775.451.0643
jleavitt@harris.legal

1